UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Hilda L. Solis</u>

   v.         Civil No. 12-cv-356-PB

<u>Kevin Corriveau Painting, Inc., et al</u>

### **O R D E R**

I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 5, 2014.

The motion for preliminary injunction and temporary restraining order (doc. no. 47) is granted in part and denied in part.

The motion is granted to the extent it requests a preliminary injunction in accordance with the "Consent Preliminary Injunction and Order" (doc. no. 56), which is accepted as the stipulation of the parties, and deemed to set forth the terms of the preliminary injunction issued this date, with the exception of the last paragraph of the proposed order, which is

stricken.

The motion (doc. no. 47) is denied to the extent it requests the issuance of a temporary restraining order, as the request is mooted by the issuance of this preliminary injunction.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

Date: August 13, 2014


cc: Counsel of Record